## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ERICA MONTOYA,

    Plaintiff,

v.                                                                              CV No. 20-1098 GJF/CG

GOOGLE, LLC, et al.,

    Defendant.

### ORDER EXTENDING DEFENDANTS' TIME TO ANSWER

**THIS MATTER** is before the Court on Defendants' *Unopposed Joint Motion to Extend Time to Respond to Complaint* (the "Motion"), (Doc. 7), filed December 11, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' response to Plaintiff's Complaint is due February 1, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE