IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERICA MONTOYA, on behalf of
Herself and all others similarly situated,

    Plaintiff,

vs.                                            No. CIV 20-1098 JB/CG

GOOGLE, LLC and GOOGLE PAYMENT
CORP.,

    Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Plaintiff's Notice of Voluntary Dismissal, filed April 7, 2021 (Doc. 25)("Notice").  In the Notice, the Plaintiff Erica Montoya states that she "voluntarily dismisses this case" pursuant to rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and she "may dismiss without a court order by rule," because the "Defendant has filed neither an answer nor a motion for summary judgment."  Notice at 1.  With no more claims or parties before the Court, the Court enters Final Judgment pursuant to rule 41 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) all claims are dismissed without prejudice; (ii) this case is dismissed without prejudice; and (iii) Final Judgment is entered.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

*Counsel:*

John E. Norris
Dargan M. Ware
Davis & Norris, LLP

Birmingham, Alabama

    *Attorneys for the Plaintiff*

Alexander Guy Davis
Bradford K. Newman
Baker & McKenzie LLP
Palo Alto, California

--and--

Teresa Michaud
Baker & McKenzie LLP
Los Angeles, California

--and--

Richard L. Alvidrez
Miller Stratvert PA
Albuquerque, New Mexico

    *Attorneys for the Defendants*